O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL LAVAIL WILLIAMS,<br><br>         Petitioner,<br><br>    v.<br><br>L. ELDRIDGE,<br><br>         Respondent. | Case No. CV 15-00209-DSF (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and both the original and Final Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the Final Report and Recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered (1) denying the Petition for a Writ of Habeas Corpus; and (2) dismissing this action with prejudice.

Dated: 3/27/15

*Dale S. Fischer*

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE